ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
JOHN VO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOHN VO,<br><br>  Defendant. | Case No.: 13-CR-00564 DLJ<br><br>**STIPULATION AND [] ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXLCUSION OF TIME UNDER THE SPEEDY TRIAL ACT [18 U.S.C. §3161]** |

   The parties by and through their counsel of record, hereby stipulate to the following:  The parties have jointly agreed that the current change of plea hearing of Thursday, July 31, 2014, at 1:30 p.m. be continued to Thursday, September 4, 2014, at 9:00 a.m.  The reason for this continuance is that defense counsel is in the process of reaching an agreement with the Assistant United States Attorney and continuing to work to resolve the matter.  Further investigation is required.

   For the factual reason above, the parties agree that the time between July 31, 2014 and September 4, 2014 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

   The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the change of plea hearing to September 4, 2014 outweigh the best interests of the public and the defendant in a speedy trial. The parties agree that a continuance

STIPULATION TO CONTINUE CHANGE OF PLEA HEARING - 1

of the change of plea hearing to September 4, 2014 is necessary to ensure both effective case preparation and the availability of defense counsel, and denial of such a continuance would unreasonably deny defendant effective case preparation and continuity of counsel pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Date: July 29, 2014

    /s/Robert W. Lyons
    Robert W. Lyons
    Attorney for John Vo

Date: July 29, 2014

    /s/Richard Cheng
    Richard Cheng
    Assistant United States Attorney

**IT IS SO ORDERED.**

Date: _____

Honorable D. Lowell Jensen
United States District Court Judge